IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| HASSAN FARRA, (A# 207 763 479),<br>ROULA KOWATLI, (A# 207 763 480),<br>NOOR FARRA, (A# 207 763 481),<br><br>   Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, et al.,<br><br>   Defendants. | Case No. 4:17-cv-1569-JCH |

### RULE 41(a) NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS

Since Plaintiffs filed the present lawsuit, USCIS approved their long pending adjust of status applications and issued green cards to each Plaintiff. Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs respectfully dismiss their claims against the Defendants with prejudice.

HACKING LAW PRACTICE, LLC

*/s/ James O. Hacking, III*
James O. Hacking, III, Bar # MO004
34 N. Gore, Suite 101
St. Louis, MO 63119
Phone: (314) 961-8200
Fax: (314) 961-8201
Email: jim@hackinglawpractice.com

### CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Ms. Jane Rund
Office of United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102
Email: Jane.Rund@usdoj.gov

/s/ James O. Hacking, III